CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/26/2021
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

|  |  |
|---|---|
| HENRY SHAFER,<br>    *Plaintiff*, | CASE NO. 6:20-cv-00044 |
| v. | ORDER |
| COMMONWEALTH OF VIRGINIA, *et al*.,<br>    *Defendants*. | JUDGE NORMAN K. MOON |

Several motions are pending before the Court. Dkts. 5, 10, 12, 20, 27, 29. For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby

1.  **GRANTS** Plaintiff's motion for judicial notice, construed as a motion to supplement the pleading, Dkt. 10;

2.  **GRANTS** Plaintiff's motion to supplement the pleading, Dkt. 29;

3.  **GRANTS** in its entirety Defendants Officers Robinson and Johnson's joint motion to dismiss, Dkt. 5;

4.  **GRANTS** in its entirety Defendant Police Department – City of Lynchburg's motion to dismiss, Dkt. 12;

5.  **DENIES** Plaintiff's motions to substitute a party, Dkts. 20, 27; and

6.  **GRANTS** the Court's motion to dismiss Defendant Commonwealth of Virginia.

Accordingly, the Court hereby **ORDERS**

1.  All claims against Officers Robinson and Johnson, in their individual capacities, are **DISMISSED** with prejudice.

2.  Any and all claims against the Lynchburg City Police Department are **DISMISSED**

with prejudice.

3. Any and all claims against the City of Lynchburg are **DISMISSED** with prejudice.

4. The Commonwealth of Virginia is **DISMISSED as a defendant** without prejudice.

The Court further **DIRECTS** the Clerk of Court to strike this case from the Court's active

docket.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to all counsel of record

and to *pro se* plaintiff.

ENTERED this __26th__ day of March, 2021.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2